UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF JOSEPH ALFRED ALISEO, JR., <br><br> Plaintiff, <br><br> v. <br><br> FANTUZZI REGGIANE, S.p.A., et al., <br><br> Defendants. | CASE NO. C09-747JLR <br><br> ORDER ON MOTION |

This matter comes before the court on Plaintiff's motion for summary judgment dismissal of Defendant Fantuzzi Reggiane, S.p.A.'s ("Fantuzzi") affirmative defense of improper service of process (Dkt. # 13). Having been advised by Fantuzzi that it does not oppose Plaintiff's motion (Dkt. # 16), the court GRANTS the motion and STRIKES Fantuzzi's affirmative defense of improper service of process.

ORDER – 1

Dated this 17th day of August, 2009.

_____
JAMES L. ROBART
United States District Judge

ORDER – 2